THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 239(d)(2), SCACR
THE STATE OF SOUTH CAROLINA
In The Court of
 Appeals

 
 
 
 The State, Respondent,
 v.
 Eugene Lamont Rhodes, Appellant.
 
 
 

Appeal From Williamsburg County
 Howard P. King,
 Circuit Court Judge
Unpublished Opinion
 No. 2007-UP-400
Submitted September
 1, 2007  Filed September 28, 2007    
APPEAL DISMISSED

 
 
 
 
 Aileen P. Clare,
 Appellate Defender, of Columbia; for Appellant.
 
 Attorney General Henry
 Dargan McMaster,  Chief Deputy Attorney General John W. McIntosh,  Assistant
 Deputy Attorney General Salley W. Elliott, of Columbia; and C. Kelly Jackson,
 Solicitor, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Eugene Lamont Rhodes
 appeals his convictions for possession of crack cocaine with intent to
 distribute, and possession of crack cocaine with intent to distribute within
 proximity of a public park, arguing the trial court erred in not granting his
 motion for a directed verdict.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Rhodess appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., and HUFF
 and KITTREDGE, JJ., concur.

[1] We decide this case
 without oral argument pursuant to Rule 215, SCACR.